UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| RE | |
|---|---|
| ANA C COLON VINALES | CASE NO. 11-07660 MCF |
| DEBTOR | CHAPTER 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That a true and exact copy of ***MOTION PURSUANT TO 11 USC §362 (C)(3)REQUEST FOR EXTENSION OF THE AUTOMATIC STAY AND REQUEST FOR EXPEDITED RULING*** has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to other system participants we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 9th day of September of 2011.


JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.    IRS
0104-3                                    U.S. Post Office and Courthouse Building PO BOX 21125
Case 11-07660-MCF13                       300 Recinto Sur Street, Room 109        PHILADELPHIA, PA  19114-0325
District of Puerto Rico                   San Juan, PR 00901-1964
Old San Juan
Thu Sep  8 17:31:35 AST 2011

LIBERTY CABLEVISION                       MARIANNE                                PENNCRO ASSOC. INC
LUQUILLO INDUSTRIAL PARK                  1000 PENNSYLVANIA AVE                   P O BOX 538
CARR 992 KM 0.2                           BROOKLYN, NY 11207-8417                 OAKS, PA 19456-0538
LUQUILLO, PR  00773


PEP BOYS                                  PERIODICO EL HORIZONTE                  QUATUM SERVICES
GE MONEY BANK                             P O BOX 70012                           6302 E DR. MATIN LUTHER KING BLVD
P O BOX 960061                            PMB 33                                  SUITE 300
ORLANDO, FL 32896-0061                    FAJARDO, PR  00738-7012                 TAMPA, FL 33619-1166


SAMS                                      SECURITY CREDIT SERV                    WORLD FINANCIAL NTWORK
P O BOX 530942                            2623 W OXFORF LOOP                      P O BOX 182124
ATLANTA, GA  30353-0942                   OXFORD, MS 38655-5442                   COLUMBUS, OH  43218-2124


ANA C COLON VINALES                       JOSE M PRIETO CARBALLO                  JOSE RAMON CARRION MORALES
HC 05 BOX 9336                            JPC LAW OFFICE                          PO BOX 9023884
RIO GRANDE, PR 00745-9287                 PO BOX 363565                           SAN JUAN, PR 00902-3884
                                          SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS                   End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)            Mailable recipients    15
OCHOA BUILDING                            Bypassed recipients     0
500 TANCA STREET  SUITE 301               Total                  15
SAN JUAN, PR 00901-1938
```